Jeffrey AMICK, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 74674.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 4, 1999.

Cheryl A. Carpenter, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Movant appeals from a judgment denying his Rule 24.035 motion for post-conviction relief on the merits, without a hearing.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b)(2).